In the Matter of WILLIAM VEGA, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, et al., Respondents.

Submitted September 16, 2013; decided October 22, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of JOMO WILLIAMS, Appellant, v R.A.W. et al., Respondents.

Submitted September 16, 2013; decided October 22, 2013

Motion for a stay dismissed as academic.